UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY CHEN,                    )
)
        Plaintiff,           )
)
    v.                         )      Civil Action No.  24-03106 (UNA)
)
)
DISTRICT OF COLUMBIA *et al.*,    )
)
        Defendants.      )

## MEMORANDUM OPINION

*Pro se* Plaintiff May Chen, a District of Columbia resident, sues the District of Columbia, Maryland, and California for Negligence. Compl., ECF No. 1 at 1. The Complaint, to the extent intelligible, accuses Defendants of violating "court rules, federal law" and federal regulations "referenced" in Plaintiff's multiple lawsuits, *id*. at 5, allegedly filed between November 2021 and October 2024, *id*. at 4. Plaintiff demands "$5900000000000000000000 USD and prosecution against Defendants." *Id*.

Plaintiff's negligence complaint is captioned appropriately as brought under the diversity statute, 28 U.S.C. § 1332, but the states and the District of Columbia "are not subject to diversity jurisdiction." *Long v. District of Columbia*, 820 F.2d 409, 412-13 (D.C. Cir. 1987). Consequently, this case will be dismissed by separate order. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of the action "if the court determines at any time that it lacks subject-matter jurisdiction").

_____/s/_____
ANA C. REYES
United States District Judge

Date: November 27, 2024